AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
October 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VP_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Alberto MARADIAGA-CARIAS | ) | Case No. SA-25-MJ-1372 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 28, 2025  in the county of  Karnes  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)/(b) | Assaulting, Resisting or Impeding a Federal Officer(s) |
| | PENALTIES: Maximum 20 years imprisonment, 3 years supervised release, $250,000 fine and $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

JUAN F LOPEZ  *Digitally signed by JUAN F LOPEZ Date: 2025.10.01 16:17:36 -05'00'*

*Complainant's signature*

Juan F. Lopez, OPR Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 1, 2025

*Judge's signature*

City and state:  San Antonio, Texas  HENRY J. BEMPORAD, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Juan F. Lopez, duly sworn do hereby depose and state:

1. Your Affiant is a Special Agent with Department of Homeland Security (DHS), U.S. Immigration & Customs Enforcement (ICE), Office of Professional Responsibility (OPR), and has held this title and position since 2023. Prior to my employment with ICE OPR, I was assigned to Homeland Security Investigations (HSI) San Antonio, where I have been a Special Agent since 2006. Additionally, I was employed as a U.S. Border Patrol Agent for approximately 4 1/2 years. I am authorized by the United States DHS/ICE to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. This complaint stems from an incident that occurred on Sunday, September 28, 2025 at the Karnes Couty Immigration Processing Center (KCIPC), in Karnes, Texas, in the Western District of Texas. This facility houses immigration detainees. The victims are two contract Detention Officers (DO) employed by GEO Group. At the time of the assaults, the two DOs were serving as employees of the United States or of any agency in any branch of the United States Government while they were engaged in or on account of the performance of official duties, pursuant to 18 U.S.C. §1114.

3. ICE OPR Special Agent (SA) Juan F. Lopez interviewed Karnes Couty Immigration Processing Center (KCIPC) contract Detention Officer (DO) Brandon Briones. DO Briones stated he was given instructions by his supervisor to get all detainees in his work area to return to their rooms. DO Briones encountered a group of detainees, to include, Honduran National Detainee **Jorge Alberto MARADIGA-CARIAS**, who were standing outside of room 216, and instructed the group to return to their room. Detainee MARADIGA-CARIAS began to argue with DO Briones, telling him "I am not going to listen and what are you going to do about it." MARADIAGA-CARIAS flicked off DO Briones and put his hand in his crotch area and made a wiggling motion. DO Briones proceeded to call for Supervisor, contract DO Seargent Daniel Burris, to respond.

4. DO Briones stated that MARADIAGA-CARIAS, in broken English, told Sgt. Burris that he wasn't ICE and was going to kick his ass. DO Briones stated Sgt. Burris proceeded to ask the detainees within room 216 to exit the room. DO Briones stated initially the detainees did not comply, but when DO Briones told them that they should listen, or they would have problems with ICE they all complied except MARADIAGA-CARIAS. The detainees started to exit the room while Sgt. Burris was standing at the door.

> MARADIAGA-CARIAS was telling the departing detainees that they did not have to listen to the DO because they weren't ICE.

5. DO Briones stated he observed MARADIAGA-CARIAS grab Sgt. Burris and strike him in the head and put Sgt. Burris in a head lock. DO Briones stated he attempted to help restrain MARADIAGA-CARIAS by holding onto his legs. At one point, DO Briones lost control of one leg and MARADIAGA-CARIAS kicked him on the side of his head. DO Briones stated he regained control again.

6. DO Briones stated he lost control of his leg again and MARADIAGA-CARIAS kicked him again on the side of his head. This kick sent him backwards and DO Briones' head hit the brick wall of the room. DO Briones stated he was temporarily stunned by the kick, but reengaged in attempts to secure MARADIAGA-CARIAS until other Officers arrived to assist.

7. SA Lopez interviewed Sgt. Burris who stated he responded to DO Briones' request for a supervisor. Sgt. Burris stated he told MARADIAGA-CARIAS to go into his room. MARADIAGA-CARIAS backed up into the room by the front door and said to Sgt. Burris, in broken English, "You're not ICE, I'll kick your ass."

8. Sgt. Burris at this point directed the other detainees who were already in the room to exit so he could deal with MARADIAGA-CARIAS. Sgt. Burris stood by the door and one by one of the detainees began to leave the room. Sgt. Burris stated he did not recall how many detainees had exited the room before MARADIAGA-CARIAS told Sgt. Burris again that he wasn't ICE and that he would kick his ass. At this point, MARADIAGA-CARIAS grabbed Sgt. Burris' arm. When Sgt. Burris attempted to pull his arm away, MARADIAGA-CARIAS came close to him. Sgt. Burris grabbed MARADIAGA-CARIAS and attempted to push him away, but MARADIAGA-CARIAS struck Sgt. Burris on his right ear and a struggle ensued. Sgt. Burris attempted to gain control of MARADIAGA-CARIAS, and both ended up on one of the beds in the room.

9. While attempting to control MARADIAGA-CARIAS, Sgt. Burris stated he ended up being head locked by MARADIAGA-CARIAS. Sgt. Burris called for DO Briones to help him while he struggled with MARADIAGA-CARIAS. Sgt. Burris stated he observed other detainees, who did not belong in room 216, and started to pour into the room. Sgt. Burris stated DO Briones was trying to help him by attempting to control MARADIAGA-CARIAS' legs. Sgt. Burris stated while he was holding onto MARADIAGA-CARIAS on top of the bed, he observed DO Briones get kicked in the head by MARADIAGA-CARIAS. The kick sent DO Briones backwards and his head hit the wall. Sgt. Burris described DO Briones' state as being temporarily knocked out, but came to, and reestablished control of MARADIAGA-CAIRAS' legs while Sgt. Burris held onto his upper body.

10. Sgt. Burris stated that during the struggle, MARADIAGA-CARIAS attempted to gain access to his Oleoresin Capsicum (OC) aerosol spray canister that was on his duty belt and kept grabbing his handheld radio. Sgt. Burris was able to secure his OC spray and called for assistance from his handheld radio microphone that was attached to his chest area. Soon, other DOs arrived and assisted in securing MARADIAGA-CARIAS with handcuffs.

11. Sgt. Burris and DO Briones were sent to the Otto Kaiser Memorial Hospital in Kennedy, TX, for evaluation. Sgt. Burris was treated for minor injuries and is currently on medical leave. DO Briones was treated and diagnosed with a mild concussion and released.

12. Your affiant believes probable cause exists to support this criminal complaint charging **Jorge Alberto MARADIAGA-CARIAS** with violating of 18 U.S.C. § 111(a)(1)/(b) Assaulting, Resisting, or Impeding a Federal Officers and in the commission of any acts described in subsection (a) inflicted bodily injury.

JUAN F LOPEZ
Digitally signed by JUAN F LOPEZ
Date: 2025.10.01 16:18:28 -05'00'

Special Agent Juan F. Lopez
U.S. Immigration & Customs Enforcement,
Office of Professional Responsibility

SUBSCRIBED AND SWORN TO BEFORE ME THIS 1ST DAY OF OCTOBER 2025

HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE