FILED
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____VL_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | **Case No: SA:25-CR-00553-OLG** |
| Plaintiff | § | |
| v. | § § | **I N D I C T M E N T** |
| JORGE ALBERTO MARADIAGA-CARIAS | § § § | Cts 1 & 2: 18 U.S.C. §111(a)(1) & (b) Assault on a Federal Officer |
| Defendant | | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. §111(a)(1) & (b))**

On or about September 28, 2025, in the Western District of Texas, the Defendant,

**JORGE ALBERTO MARADIAGA-CARIAS**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: "DB," a Detention Officer who was assisting federal officers with the Department of Homeland Security- Immigration and Customs Enforcement in the performance of official duties, and that in doing such acts the defendant inflicted bodily injury, in violation of 18 U.S.C. §111(a)(1) & (b).

**COUNT TWO**
**(18 U.S.C. §111(a)(1) & (b))**

On or about September 28, 2025, in the Western District of Texas, the Defendant,

**JORGE ALBERTO MARADIAGA-CARIAS**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: "BB," a Detention Officer who was assisting federal officers with the Department of Homeland Security- Immigration and Customs Enforcement in the performance

of official duties, and that in doing such acts the defendant inflicted bodily injury, in violation of 18 U.S.C. §111(a)(1) & (b).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: *Joseph Blackwell*
FOR Sarah Wannarka
Assistant U.S. Attorney

2